# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| JEFFREY SCOTT PERRY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DONALD E. CRAIG, Individually ) <br> and in his official capacity as the ) <br> Sheriff of Pickens County, and ) <br> MELVIN BRANDON MERRITT, ) <br> Individually and in his official ) <br> capacity as a Deputy Sheriff of, ) <br> Pickens County, and PICKENS ) <br> COUNTY, GEORGIA ) <br> ) <br> Defendant ) | Civil Action <br> File No.: 2:11-cv-211-RWS |

## NOTICE OF SUBPOENA FOR THE PRODUCTION OF DOCUMENTS

**TO:** Mr. Nathanael A. Horsley
**Kimmey, Murphy, & Horsley, P.C.**
135 Prominence Court
Suite 130
Dawsonville, GA 30534

You are hereby notified, pursuant to Rule 45 of the Federal Rules of Civil Procedure, that on March 9, 2012, at Landrum & Friduss, LLC, 8681 Highway 92, Suite 400, Woodstock, Georgia 30189, the undersigned attorney for Defendants, will proceed to copy specified documents to be produced by the following for discovery and all other purposes allowed by law:

- Georgia Department of Corrections (Exhibit "A")

Attached to this notice is a copy of the subpoena issued to the deponent.

Respectfully submitted this 24th day of FEBRUARY, 2012.

**LANDRUM & FRIDUSS, LLC**

*[signature]*

PHILLIP E. FRIDUSS
Georgia Bar No. 277220
ELLEN L. ASH
Georgia Bar No. 289670
Attorneys for Defendants

8681 Highway 92
Suite 400
Woodstock, Georgia 30189
(678) 384-3012; Fax: (678) 384-3017
E-mail: pfriduss@landrumfriduss.com
eash@landrumfriduss.com

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| JEFFREY SCOTT PERRY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD E. CRAIG, Individually )<br>and in his official capacity as the )<br>Sheriff of Pickens County, and )<br>MELVIN BRANDON MERRITT, )<br>Individually and in his official )<br>capacity as a Deputy Sheriff of, )<br>Pickens County, and PICKENS )<br>COUNTY, GEORGIA )<br>)<br>Defendant ) | Civil Action<br>File No.: 2:11-cv-211-RWS |

## **CERTIFICATE REGARDING FONT SIZE**

I hereby certify that the *NOTICE OF SUBPOENA FOR THE PRODUCTION OF DOCUMENTS* was prepared using the Times New Roman, 14 point font, as approved by the Northern District of Georgia in Local Rule 5.1(C).

Respectfully submitted this 24th day of FEBRUARY, 2012.

**[signature on following page.]**

**LANDRUM & FRIDUSS, LLC**

*/s/ Ellen Ash*

PHILLIP E. FRIDUSS
Georgia Bar No. 277220
ELLEN L. ASH
Georgia Bar No. 289670
Attorneys for Defendants

8681 Highway 92
Suite 400
Woodstock, Georgia 30189
(678) 384-3012; Fax: (678) 384-3017
E-mail: pfriduss@landrumfriduss.com
eash@landrumfriduss.com

# UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF

# GEORGIA GAINESVILLE DIVISION

| | |
|---|---|
| JEFFREY SCOTT PERRY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD E. CRAIG, Individually )<br>and in his official capacity as the )<br>Sheriff of Pickens County, and )<br>MELVIN BRANDON MERRITT, )<br>Individually and in his official )<br>capacity as a Deputy Sheriff of, )<br>Pickens County, and PICKENS )<br>COUNTY, GEORGIA )<br>)<br>Defendant ) | Civil Action<br>File No.: 2:11-cv-211-RWS |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing *NOTICE OF SUBPOENA FOR THE PRODUCTION OF DOCUMENTS* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

> Mr. Nathanael A. Horsley
> **Kimmey, Murphy, & Horsley, P.C.**
> 135 Prominence Court
> Suite 130
> Dawsonville, GA 30534

Respectfully submitted this 24th day of FEBRUARY, 2012.

**LANDRUM & FRIDUSS, LLC**

*[signature]*

|  |  |
|---|---|
| 8681 Highway 92 | PHILLIP E. FRIDUSS |
| Suite 400 | Georgia Bar No. 277220 |
| Woodstock, Georgia 30189 | ELLEN L. ASH |
| (678) 384-3012; Fax: (678) 384-3017 | Georgia Bar No. 289670 |
| E-mail: pfriduss@landrumfriduss.com | Attorneys for Defendants |
| eash@landrumfriduss.com | |