**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| JEFFREY SCOTT PERRY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 2:11-CV-00211-RWS |
| DONALD E. CRAIG, Individually : | |
| and in his official capacity as the : | |
| Sheriff of Pickens County, : | |
| MELVIN BRANDON MERRITT, : | |
| Individually and in his official : | |
| capacity as a Deputy Sheriff of : | |
| Pickens County, and PICKENS : | |
| COUNTY, : | |
| : | |
| Defendants. : | |

**ORDER**

This case comes before the Court on Defendants' Motion for Summary Judgment [36], Defendants' Motion to File Amended Exhibit "D" to Defendants' Motion for Summary Judgment [55], and Defendants' Motion for Leave to Supplement Their Motion for Summary Judgment [64]. After reviewing the record, the Court enters the following Order.

AO 72A
(Rev.8/82)

In Defendants' Motion for Leave to Supplement Their Motion for Summary Judgment, Defendants state that they "inadvertently left off an obvious Georgia law" defense to the individual Defendants' liability. (Dkt. [64] at 1-2 ("In their Motion for Summary Judgment, Defendants raised state law official immunity defenses . . . . However, Defendants inadvertently left off an obvious Georgia law requiring the substitution of the governmental entity for any officer sued for his use of a motor vehicle. This statute affects Defendants Craig and Merritt in both their individual and official capacities."). Defendants seek leave of Court to amend their Motion for Summary Judgment to raise this defense. (Id. at 2.) Plaintiff has not filed a response to the motion, which, therefore, is deemed unopposed. LR 7.1B, NDGa ("Failure to file a response shall indicate that there is no opposition to the motion.").

Defendants' Motion for Leave to Supplement Their Motion for Summary Judgment [64] is **GRANTED**. Defendants' Motion to File Amended Exhibit "D" to Defendants' Motion for Summary Judgment [55] is also **GRANTED**. In light of these rulings, Plaintiff may file a supplemental response to Defendants' Motion for Summary Judgment within 14 days of the entry of this

Order, and Defendants may file a supplemental reply within 7 days of being served with the supplemental response.

**SO ORDERED**, this  15th  day of March, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE