# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JEFFREY SCOTT PERRY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | File No.: 2:11-cv-211-RWS |
| DONALD E. CRAIG, et al. ) | |
| ) | |
| Defendants ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, JEFFREY SCOTT PERRY and ALL DEFENDANTS, and pursuant to Fed. R. Civ. P. 41(a) file this Stipulation of Dismissal with Prejudice.

WHEREFORE, it is respectfully requested that the Clerk of Court dismiss all claims against ALL DEFENDANTS with prejudice.

Respectfully submitted, this ___6___ day of **JUNE**, 2013.

*[signature on following page]*

**LANDRUM, FRIDUSS & ASH, LLC**

8681 Highway 92
Suite 400
Woodstock, Georgia 30189
Phone: (678) 384-3012
Fax: (678) 384-3017
E-mail: pfriduss@landrumfriduss.com
eash@landrumfriduss.com
dhaughton@landrumfriduss.com

/s/ Phillip E. Friduss
PHILLIP E. FRIDUSS (SIGNED/FILED WITH EXPRESS PERMISSION BY N. HORSLEY)
Georgia Bar No. 277220
ELLEN L. ASH
Georgia Bar No. 289670
DEBORAH V. HAUGHTON
Georgia Bar No. 338038
Attorneys for Defendant


**KIMMEY, MURPHY, & HORSLEY, P.C.**

135 Prominence Court
Suite 130
Dawsonville, GA 30534

Nathanael A. Horsley, Esq.
Georgia Bar No. 367832
Attorney for Plaintiff

2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| JEFFREY SCOTT PERRY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | File No.: 2:11-cv-211-RWS |
| DONALD E. CRAIG, et al. ) | |
| ) | |
| Defendants ) | |

## CERTIFICATE REGARDING FONT SIZE

I hereby certify that the *STIPULATION OF DISMISSAL WITH PREJUDICE* uses Times New Roman, 14 point, as approved by the Northern District of Georgia in Local Rule 5.1(C).

Respectfully submitted, this ____ day of JUNE, 2013.

*[signature on following page]*

3

**LANDRUM, FRIDUSS & ASH, LLC**

|  |  |
|---|---|
| 8681 Highway 92<br>Suite 400<br>Woodstock, Georgia 30189<br>Phone: (678) 384-3012<br>Fax: (678) 384-3017<br>E-mail: pfriduss@landrumfriduss.com<br>eash@landrumfriduss.com<br>dhaughton@landrumfriduss.com | /s/ *Phillip E. Friduss*<br>PHILLIP E. FRIDUSS (SIGNED/FILED WITH EXPRESS PERMISSION BY N. HORSLEY)<br>Georgia Bar No. 277220<br>ELLEN L. ASH<br>Georgia Bar No. 289670<br>DEBORAH V. HAUGHTON<br>Georgia Bar No. 338038<br>Attorneys for Defendant |

**KIMMEY, MURPHY, & HORSLEY, P.C.**

|  |  |
|---|---|
| 135 Prominence Court<br>Suite 130<br>Dawsonville, GA 30534 | Nathanael A. Horsley, Esq.<br>Georgia Bar No. 367832<br>Attorney for Plaintiff |

4

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing *STIPULATION OF DISMISSAL WITH PREJUDICE* with the Clerk of Court using the CM/ECF system which will send notification of such filing addressed to:

> Phillip E. Friduss, Esq.
> Ellen L. Ash, Esq.
> **Landrum, Friduss & Ash, LOLC**
> 8681 Highway 92, Suite 400
> Woodstock, GA 30189

Respectfully submitted, this ____ day of JUNE, 2013.

**KIMMEY, MURPHY, &
HORSLEY, P.C.**

135 Prominence Court
Suite 130
Dawsonville, GA 30534

Nathanael A. Horsley, Esq.
Georgia Bar No. 367832
Attorney for Plaintiff